| PROB 22 (Rev. 2/88) | **TRANSFER OF JURISDICTION** | DOCKET NUMBER (Tran. Court) CR-02-PT-603-NE |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

| NAME AND ADDRESS OF SUPERVISED RELEASEE DANIEL BARLOW | DISTRICT ND/AL | DIVISION NORTHERN EASTERN |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable Robert B. Propst | |
| | DATES OF SUPERVISED RELEASE | FROM 02/28/2008 — TO 02/27/2011 |

OFFENSE
18 U.S.C. §2113(a), 2113(d) and 2(a); Armed Bank Robbery (Aiding and Abetting)

08CR 249

JUDGE AMY ST. EVE

MAGISTRATE JUDGE KEYS

KC FILED
3-26-08
MAR 2 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN DISTRICT OF ALABAMA___

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the ___NORTHERN DISTRICT OF ILLINOIS___ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

3/5/2008
Date

*Robert B. Propst*
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE ___NORTHERN DISTRICT OF ILLINOIS___

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

MAR 2 5 2008
Effective date

*James F. Holderman*
United States District Judge